IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK STARNES, JR.,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **No. 22-4859-KSM** |
| **THREDUP INC.,** | |
| Defendant. | |

## ORDER

**AND NOW** this 12th day of April, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 8) and Plaintiff's opposition brief (Doc. No. 13), it is **ORDERED** that the motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that if Plaintiff wishes to file an amended complaint, and can, in good faith, correct the errors identified in the Court's accompanying Memorandum, the amended complaint shall be filed by **April 25, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**