IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK STARNES, JR.,**  Plaintiff,  v.  **THREDUP INC.,**  Defendant. | **CIVIL ACTION**  No. 22-4859-KSM |

## ORDER

**AND NOW**, this 10th day of July 2023, upon consideration of Defendant ThredUp Inc.'s Motion to Dismiss (Doc. No. 22), Plaintiff Frederick Starnes, Jr.'s opposition (Doc. No. 24), and Defendant's reply (Doc. No. 25), it is hereby **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 22) is **DENIED**.  Defendant ThredUP shall answer Plaintiff's Amended Complaint (Doc. No. 19) no later than **July 24, 2023**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.